Alpine Chiropractic, P.C. v Integon Natl. Ins. Co. (2020 NY Slip Op
51332(U))

[*1]

Alpine Chiropractic, P.C. v Integon Natl. Ins. Co.

2020 NY Slip Op 51332(U) [69 Misc 3d 139(A)]

Decided on November 6, 2020

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on November 6, 2020
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., DAVID ELLIOT, BERNICE D. SIEGAL, JJ

2018-2014 K C

Alpine Chiropractic, P.C., as Assignee of
Dedan Jacob, Respondent, 
against
Integon National Ins. Co., Appellant. 

Law Offices of Moira Doherty, P.C. (Maureen Knodel of counsel), for appellant.
Kopelevich & Feldsherova, P.C. (David Landfair of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Sharon
Bourne-Clarke, J.), entered August 14, 2018. The order denied defendant's motion for summary
judgment dismissing the complaint.

ORDERED that the order is reversed, with $30 costs, and defendant's motion for summary
judgment dismissing the complaint is granted.
In this action by a provider to recover assigned first-party no-fault benefits, defendant
appeals from an order of the Civil Court denying defendant's motion which had sought summary
judgment dismissing the complaint on the ground that plaintiff's assignor failed to appear for
duly scheduled independent medical examinations (IMEs) and examinations under oath
(EUOs).
Defendant established that initial and follow-up letters scheduling IMEs had been timely
mailed (see St. Vincent's Hosp. of
Richmond v Government Empls. Ins. Co., 50 AD3d 1123 [2008]); that plaintiff's
assignor failed to appear on the scheduled dates (see Stephen Fogel Psychological, P.C. v Progressive Cas. Ins. Co., 35
AD3d 720 [2006]); and that the claims had been timely denied on that ground (see St.
Vincent's Hosp. of Richmond, 50 AD3d 1123; Greenway Med. Supply Corp. v Travelers Ins. Co., 58 Misc 3d
131[A], 2017 NY Slip Op 51765[U] [App Term, 2d Dept, 2d, 11th & 13th Jud Dists
2017]). As plaintiff failed to raise a triable issue of fact in opposition to defendant's motion
(see 11 NYCRR 65-3.8 [h]), defendant is entitled to summary judgment dismissing the
complaint and we need not reach defendant's contention regarding plaintiff's assignor's failure to
appear for duly scheduled EUOs.
Accordingly, the order is reversed and defendant's motion for summary judgment dismissing
the complaint is granted.
ALIOTTA, P.J., ELLIOT and SIEGAL, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: November 6, 2020